SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

ANDREW P. CAPUTO (CASBN 203655)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7004
   Fax: (415) 436-7234
   Email: andrew.caputo@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-0056 CRB |
|    Plaintiff, ) | |
| ) | STIPULATION HOLDING IN ABEYANCE DEFENDANT'S MOTION TO SUPPRESS AND SETTING CASE FOR CHANGE-OF-PLEA OR STATUS HEARING ON MAY 23, 2007, AND [~~PROPOSED~~] ORDER |
|    v. ) | |
| ) | |
| ELMO DANIELS, ) | |
|    Defendant. ) | |

     The parties have been discussing a potential resolution of this case and believe they are close to agreement. The parties further believe that their and the Court's resources would most efficiently be focused on this proposed resolution rather than on defendant's motion to suppress, which currently is pending before this Court. Accordingly, the parties stipulate and recommend to the Court as follows:

     1.     Defendant has filed a motion to suppress. The government's opposition to this motion is currently due on May 9, and defendant's reply is due on May 16. In light of the parties' belief that they are close to resolving this case on the merits, defendant's motion to suppress should be held in abeyance, and the parties need not file their respective opposition and reply on May 9 and May 16.

2.     The Court currently is scheduled to hold a hearing on May 23, 2007, at 2:15 pm, on defendant's motion to suppress. The parties request that the Court convert this motion hearing to a change-of-plea or status hearing on the same date and time.

IT IS SO STIPULATED.

DATED: May 4, 2007                          /s/
                                            GEORGE J. COTSIRILOS, JR.
                                            Attorney for Defendant


DATED: May 4, 2007                          /s/
                                            ANDREW P. CAPUTO
                                            Assistant United States Attorney


IT IS SO ORDERED.

DATED: May 8, 2007                          _____
                                            HON. CHARLES R. BREYER
                                            United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*